No. 9, Original. TEXAS v. NEW MEXICO ET AL. The plaintiff's motion for leave to amend the prayer of its complaint is hereby referred to John Raeburn Green, Special Master, to hear the parties and report his opinion and recommendation as to whether the motion should be granted and whether if granted it would cure any defect of parties herein. *John Ben Shepperd,* Attorney General, *Burnell Waldrep,* Assistant Attorney General, and *Eugene T. Edwards,* Special Assistant Attorney General, for the State of Texas, plaintiff. *Richard Robinson,* Attorney General, and *Fred E. Wilson,* Special Assistant Attorney General, for the State of New Mexico, and *Martin A. Threet* and *D. A. Macpherson, Jr.* for the Middle Rio Grande Conservancy District et al., defendants.

No. 11, Original. MISSISSIPPI v. LOUISIANA. The motion of Eleanor R. Woolgar and Erma L. Richards for leave to intervene as codefendants is denied. *J. P. Coleman,* Attorney General, *Gerard H. Brandon* and *James D. Thames,* Special Assistant Attorneys General, and *Clarence Clifton,* Associate Attorney, for the State of Mississippi, plaintiff. *Fred S. LeBlanc,* Attorney General, and *John L. Madden,* Assistant Attorney General, for the State of Louisiana, defendant. *L. Bryan Dabney* for Woolgar et al., movants.

No. 145. MARCELLO v. BONDS, OFFICER IN CHARGE, U. S. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Original petition for writ of certiorari granted. Supplemental petition denied. *Charles W. Kehl* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for respondent.